UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BARBARA GARRETT | No. 16 CR 243<br><br>Judge Robert M. Dow, Jr. |

**ORDER FOR DISCLOSURE OF TAX RETURNS
AND RETURN INFORMATION AT TRIAL**

Upon the application of the United States Attorney for the Northern District of Illinois for an order, pursuant to 26 U.S.C. § 6103(h)(4)(D), authorizing the government to disclose certain tax returns and return information in connection with this matter.

UPON REVIEW OF THE APPLICATION, THIS COURT FINDS:

This is a case involving tax administration.

The government intends to introduce tax returns and return information, and pursuant to Fed. R. Crim. P. 16, defendant is entitled to examine and copy all exhibits the government intends to introduce at trial.

The specified returns and return information contain information that may be material to the preparation of the defense, and defendant is entitled pursuant to Fed. R. Crim. P. 16(a)(1)(E)(i) to inspect all documents in the government's possession material to preparing the defense.

IT IS THEREFORE ORDERED that the Government may disclose such federal tax returns and return information for discovery purposes, and at the trial of this case or any related judicial proceeding.

No disclosure shall be made to any other person except in accordance with the provisions of 26 U.S.C. § 6103 (h)(4) and 26 C.F.R. § 301.6103 (h)(2)-1.

_____
Judge Robert M. Dow, Jr.

Dated: 5/9/2016